

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00022-CR

JAIMIE LEE NELSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 316th District Court
Hutchinson County, Texas
Trial Court No. 12602, Honorable James M. Mosley, Presiding

February 9, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Pursuant to a plea bargain agreement, Appellant Jaimie Lee Nelson was convicted of assault on a police officer[1] and sentenced to five years' confinement. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal and that Appellant has waived the right of appeal.

---

[1] *See* TEX. PENAL CODE ANN. § 22.01(b-2) (West 2019).

Notwithstanding the certification, Appellant filed a notice of appeal challenging her conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter of January 20, 2021, we notified Appellant of the consequences of the trial court's certification and directed her to file a response demonstrating grounds for continuing the appeal by February 1.  Appellant has not filed a response to date.

Accordingly, we dismiss the appeal based on the trial court's certification.  *See* TEX. R. APP. P. 25.2(d).

Per Curiam


Do not publish.